UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| Tom Goldsmith,<br><br>Plaintiff,<br><br>v.<br>Raw Media Group, LLC, and Juan Escobar,<br>Defendants. | Case No. 2:24-cv-00957-KJD<br><br>Demand for a Jury Trial |

## ORDER

On August 30, 2024, Plaintiff filed this action against Defendants seeking injunctive relief and damages for alleged violations of state and federal laws pertaining to telemarketing and telephone solicitations. (Doc. 1.) On December 4, 2024, Plaintiff filed a Stipulated Motion to Stay Deadlines and Notice of Settlement. (Doc. 9.) Plaintiff represents that the parties have finalized a settlement agreement, but fulfillment of the terms of the settlement is anticipated to take approximately four months. Plaintiff requests that the Court stay this matter for one hundred forty (140) days to permit consummation of settlement.

It is hereby ORDERED that:

1. All deadlines in this matter are stayed for one hundred forty (140) days; and

2. The parties shall file an appropriate notice with the Court no later than April 23, 2025.

SO ORDERED:

12/11/24
Date

Kevin J. Doyle
United States Magistrate Judge